D. Joshua Staub, Bar No. 170568
Law Office of D. Joshua Staub
13015 Washington Boulevard
Los Angeles, CA 90066
Telephone: (310) 929-5269

Attorney for Defendants Shervin Rashidi & Inxpot, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HAYES,<br>Plaintiff,<br>vs.<br>INXPOT, LLC, SHERVIN RASHIDI, et al.,<br>Defendants.<br>Defendants. | Case No. 8:17-cv-00265<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (A)** |

///

///

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants Shervin Rashidi, and Inxpot, LLC hereby remove to this Court the state court action described below.

On 12/19/2016, Jennifer Hayes commenced in the Superior Court of California for the County of Orange the action entitled Jennifer Hayes, Plaintiff v. Inxpot, LLC, Shervin Rashidi et al., defendants, as case number 30-2016-00893340-CU-FR-CJC. A true and correct copy of the Complaint is attached hereto as Exhibit "A" (Hereinafter "Complaint").

On 1/17/2017, defendant Shervin Rashidi first received a copy of the Complaint when Mr. Shervin Rashidi's wife was served with it, and a summons from the Orange County Superior Court by substituted service. A true and correct copy of the summons that they were served with is attached hereto as Exhibit "B".

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Seciton 1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. section 1441 (a) in that it arises under the Securities Act of 1933.

All defendants identified in the Complaint join in this Notice of Removal.

Respectfully submitted,

DATED: 2/14/17 LAW OFFICE OF D. JOSHUA STAUB

BY: /s/ D. Joshua Staub
D. JOSHUA STAUB
Attorneys for Defendants Shervin Rashidi & Inxpot, LLC