JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER HAYES,<br>Plaintiff,<br>vs.<br>INXPOT, LLC, SHERVIN RASHIDI, et al.,<br>Defendants.<br>Defendants. | ) | Case No. 8:17-cv-00265-JLS-JCG<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

///

///

By stipulation of the parties, this action is hereby ordered dismissed with prejudice pursuant to FRCP Rule 41 (a)(1)(A)(ii).

Date: April 4, 2017

JOSEPHINE L. STATON

THE HONORABLE JOSEPHINE L. STATON,
UNITED STATES DISTRICT JUDGE